IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JAVIER ELISEO MOLINA MARQUEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. EP-26-CV-2531-KC** |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** | § | |
| | § | |
| | § | |
| **Respondent.** | § | |
| | § | |

**FINAL JUDGMENT**

On this day, the Court considered Javier Eliseo Molina Marquez's Petition for a Writ of Habeas Corpus, ECF No. 1. On October 19, 2026, the Court ordered Respondent by no later than October 26, 2026, to either (1) provide Molina Marquez with a bond hearing before an immigration judge ("IJ"), or (2) release him from custody under reasonable conditions of supervision. Oct. 19, 2026, Order 4, ECF No. 6. Respondent now informs the Court that, on October 22, 2026, an IJ granted bond. Status Report, ECF No. 9; *see id.* Ex. A ("IJ Order"), ECF No. 9-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet.; Oct. 19, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 27th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE